## Case No. 16,060.

UNITED STATES v. POCKLINGTON.

[2 Cranch, C. C. 293.] [1]

Circuit Court, District of Columbia. April Term, 1822.

CRIMINAL LAW—CONFESSIONS.

The confession of a prisoner, under hopes excited by the examining magistrate that his punishment would be thereby mitigated, cannot be given in evidence against him.

The prisoner [John Pocklington] was indicted for breaking open the storehouse of R. &. R. in Georgetown. He was examined before the mayor of that town, who informed him that one of the party had confessed a part of the charge; and that if he would confess candidly the truth, he would represent his case to the court, and it was probable his punishment might be thereby mitigated.

THE COURT refused to permit his confession, made under those circumstances, to be given in evidence.

Verdict, not guilty.